AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Ellen Sheally

V.

Colgan Air, Inc. & US Airways, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 375ML

TO: (Name and address of Defendant)

Colgan Air, INc.
Stephen MacGillivary, Registered Agent
2800 Financial Plaza
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Tarro, III, Esq.
The Law Firm of Thomas A. Tarro, III
300 Centerville Road
Summit East - Suite 330
Warwick, Rhode Island 02886

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 8/22/06

Barbara Barletta

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE Aug 25 2006 |
| NAME OF SERVER *(PRINT)* Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911 | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☐ Other (specify): Colgan Air Inc - AFS Stephen McGillivray Esq 2800 Financial Pl- Providence RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/25/06
Date

Signature of Server

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

Address of Server

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2006 AUG 31 A 10:41

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.