UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELLEN SHEALLY, Plaintiff, | : | |
| v. | : | C.A. No. 06-375ML |
| COLGAN AIR, INC. and US AIRWAYS, INC., Defendants. | : | |

**ENTRY OF APPEARANCE**

I, Armando E. Batastini, hereby enter my appearance on behalf of Defendant US Airways, Inc. in the above-referenced matter.

US AIRWAYS, INC.

By its Attorneys,

/s/ Armando E. Batastini
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
abatastini@eapdlaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 31st day of August, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

Thomas A. Tarro, III, Esq.
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
ttarro3rd@tarrolawfirm.com

/s/ Armando E. Batastini
Armando E. Batastini