UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELLEN SHEALLY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-375ML |
| | : | |
| COLGAN AIR, INC. and<br>US AIRWAYS, INC., | : | |
| | : | |
| Defendants. | : | |

**STIPULATION**

The undersigned parties hereby stipulate and agree that Defendant US Airways, Inc. shall have up to and including September 27, 2006 to answer or otherwise respond to Plaintiff Ellen Sheally's complaint in the above-referenced matter.

| ELLEN SHEALLY | US AIRWAYS, INC. |
|---|---|
| By her Attorneys, | By its Attorneys, |
| /s/ Thomas A. Tarro, III | /s/ Armando E. Batastini |
| Thomas A. Tarro, III (#2046) | Armando E. Batastini (#6016) |
| The Law Firm of Thomas A. Tarro, III, Esq. | EDWARDS ANGELL PALMER & DODGE LLP |
| The Summit East – Suite 330 | 2800 Financial Plaza |
| 300 Centerville Road | Providence, RI 02903 |
| Warwick, RI 02886 | (401) 274-9200 |
| (401) 737-7200 | (401) 276-6611 (fax) |
| (401) 732-3362 (fax) | abatastini@eapdlaw.com |
| ttarro3rd@tarrolawfirm.com | |