AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Ellen Sheally

V.

Colgan Air, Inc. & US Airways, Inc.

**SUMMONS IN A CIVIL CASE**

CA 06 375ML

CASE NUMBER:

TO: (Name and address of Defendant)

US Airways, Inc.
The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Tarro, III, Esq.
The Law Firm of Thomas A. Tarro, III
300 Centerville Road
Summit East - Suite 330
Warwick, RI 02882

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Barbara Barletta

DATE 8/22/06

(By) DEPUTY CLERK

Ellen Sheally, et. al., Plaintiff(s)
vs.
Colgan Air, Inc. & US Airways, Inc., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 078895-0001

# AFFIDAVIT OF SERVICE -- Corporate

THOMAS A TARRO III, ESQ.
Ms. Ashley Toneatti
The Summit East, Suite 330
300 Centerville Rd.
Warwick, RI 02886

Service of Process on:
--US Airways, Inc.
Court Case No. CA 06-375ML

State of: DELAWARE ) ss.
County of: NEW CASTLE )

Name of Server: RONALD LENNON, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 29th day of August, 20 06, at 8:15 o'clock A.M

Place of Service: at c/o CT Corp., 1209 Orange St, in Wilmington, DE 19801

Documents Served: the undersigned served the documents described as:
Summons and Complaint

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
US Airways, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: SCOTT LASCALA

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color BROWN ; Facial Hair ______
Approx. Age 30 ; Approx. Height 6' ; Approx. Weight 240 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Ronald Lennon 8/29/06
Signature of Server

Subscribed and sworn to before me this 29 day of August, 20 06

Anne M. Franco
Notary Public (Commission Expires)

ANNE M. FRANCO
COMMISSION EXPIRES MARCH 14, 2007
NOTARY PUBLIC STATE OF DELAWARE

APS International, Ltd.