UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELLEN SHEALLY,<br>Plaintiff,<br><br>Vs.<br><br>COLGAN AIR, INC. and<br>US AIRWAYS, INC.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO.: 06 375ML |

**DEFENDANT, COLGAN AIR, INC.'S, CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Colgan Air, Inc. ("Colgan") submits the following as its Corporate Disclosure Statement:

1. Colgan, a non-governmental corporation, has no parent company.
2. No publicly held corporation owns 10% or more of Colgan's stock.

The Defendant,
COLGAN AIR, INC.
By its Attorney,

/s/ Patrick B. Landers
Patrick B. Landers, R.I. Bar No. 4930
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
155 Federal Street, 5th Floor
Boston, MA 02110
(617) 422-5300

Dated: September 19, 2006

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 21st day of September, 2006 and is available for viewing and downloading to the ECF registered counsel of record.

/s/ Patrick B. Landers
Patrick B. Landers



65502.1