UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELLEN SHEALLY, Plaintiff | : | |
| | : | |
| VS. | : | C.A. NO.: 06-375ML |
| | : | |
| COLGAN AIR, INC., | : | |
| US AIRWAYS, INC., SAAB AB, | : | |
| SAAB AIRCRAFT AB, and SAAB | : | |
| AIRCRAFT OF AMERICA, LLC | : | |
| Defendants | : | |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Now comes the Plaintiff in the above-entitled matter and moves to amend her Complaint in conformance with the attached Amended Complaint, which adds SAAB AB, SAAB AIRCRAFT AB AND SAAB AIRCRAFT OF AMERICA, LLC as parties Defendant and asserts a claim of product defect and liability against SAAB AB, SAAB AIRCRAFT AB AND SAAB AIRCRAFT OF AMERICA, LLC. Counsel for Defendants, Colgan Air, Inc. and US Airways, Inc. have no objection to granting this Motion.

Plaintiff,
By and through her attorney

/s/ Thomas A. Tarro, III, Esq.
Thomas A. Tarro, III, Esq. (#2046)
The Law Firm of Thomas A. Tarro, III
300 Centerville Road
Summit East – Suite 330
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362

**CERTIFICATION**

I, the undersigned, hereby certify that this document was filed electronically on this 28th day of September, 2006, and is available for viewing and downloading to the ECF registered counsel of record.

/s/ Thomas A. Tarro, III, Esq.