UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELLEN SHEALLY, Plaintiff, | : | |
| v. | : | C.A. No. 06-375ML |
| COLGAN AIR, INC., US AIRWAYS, INC., SAAB AB, SAAB AIRCRAFT AB, and SAAB AIRCRAFT OF AMERICA, LLC, Defendants. | : | |

**ANSWER OF DEFENDANT US AIRWAYS, INC. TO AMENDED COMPLAINT**

Defendant US Airways, Inc. ("US Airways") hereby responds as follows to the allegations contained in the Amended Complaint of Plaintiff Ellen Sheally ("Plaintiff").

**First Defense**

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

**Second Defense**

US Airways hereby responds as follows to the correspondingly numbered allegations contained in Plaintiff's Amended Complaint:

**Jurisdiction**

1. US Airways admits that it is a Delaware corporation. US Airways lacks knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations contained in Paragraph 1, and states that certain portions of the allegations contained in Paragraph 1 are legal conclusions to which no responsive pleading is required.

**Parties**

2. US Airways lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.

3. US Airways lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3.

4. US Airways admits that it is a Delaware corporation. US Airways denies the remaining allegations contained in Paragraph 4.

5. US Airways lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5.

6. US Airways lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6.

**Count I**

7. Paragraph 7 recites conclusions of law to which no responsive pleading is required. To the extent that a response is required, US Airways denies that it operated Flight 0510. US Airways lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 7.

8. US Airways denies the allegations contained in Paragraph 8.

9. US Airways denies the allegations contained in Paragraph 9.

10. Paragraph 10 recites conclusions of law to which no responsive pleading is required. To the extent that a response is required, US Airways denies the allegations contained in Paragraph 10.

11. Paragraph 11 recites conclusions of law to which no responsive pleading is required. To the extent that a response is required, US Airways denies the allegations contained in Paragraph 11.

12. Paragraph 12 recites conclusions of law to which no responsive pleading is required. To the extent that a response is required, US Airways denies the allegations contained in Paragraph 12.

13. Paragraph 13 recites conclusions of law to which no responsive pleading is required. To the extent that a response is required, US Airways denies the allegations contained in Paragraph 13.

14. Paragraph 14 recites conclusions of law to which no responsive pleading is required. To the extent that a response is required, US Airways denies the allegations contained in Paragraph 14.

15. US Airways denies the allegations contained in Paragraph 15.

16. US Airways denies the allegations contained in Paragraph 16.

**Count II**

17. US Airways restates and incorporates its responses to Paragraphs 1 though 16 as though fully set forth herein.

18. The allegations contained in Paragraph 18 are not directed at US Airways. As such, a response is not required.

19. The allegations contained in Paragraph 19 are not directed at US Airways. As such, a response is not required.

**First Affirmative Defense**

Plaintiff's claims against US Airways must fail because Plaintiff's damages were not proximately or actually caused by any acts or omissions of US Airways.

**Second Affirmative Defense**

Plaintiff's claims against US Airways must fail because Plaintiff's damages were caused by third parties and/or conditions outside the control of US Airways.

**Third Affirmative Defense**

Plaintiff's claims against US Airways fail because of Plaintiff's assumption of the risk and/or comparative negligence.

**Fourth Affirmative Defense**

Plaintiff's claims against US Airways must fail in whole or in part due to Plaintiff's failure to mitigate her damages.

**Fifth Affirmative Defense**

Plaintiff's claims against US Airways are barred by the doctrines of waiver and/or estoppel.

**Sixth Affirmative Defense**

Plaintiff's claims against US Airways are barred by the statute of limitations and/or the doctrine of laches.

WHEREFORE, Defendant US Airways, Inc. requests an Order of this Court denying and dismissing all claims and prayers for relief contained in Plaintiff's Complaint, and requests a Judgment in its favor in the amount of its costs of suit and reasonable attorneys' fees.

US AIRWAYS, INC.

By its Attorneys,

/s/ Armando E. Batastini
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
abatastini@eapdlaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 5th day of October, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

Thomas A. Tarro, III, Esq.
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
ttarro3rd@tarrolawfirm.com

Patrick B. Landers, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street, 5th Floor
Boston, MA 02110
patrick.landers@wilsonelser.com

/s/ Armando E. Batastini
Armando E. Batastini