AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Ellen Sheally

V.

Colgan Air, Inc., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-375ML

TO: (Name and address of Defendant)

SAAB AB
Wes Walters, President
One Crystal Park
2011 Crystal Drive, Suite 903
Arlington, VA 22202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Tarro III
The Law Firm of Thomas A. Tarro, III
300 Centerville Road
Summit East - Suite 330
Warwick, Rhode Island 02886

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

Doreen Baldwell

(By) DEPUTY CLERK

10/2/06

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 10-03-06 at 1:01 p.m. |
|---|---|
| NAME OF SERVER *(PRINT)* Michael R. Reeder | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☒ Other (specify): By serving Wes Walters, President, authorized to accept. Service was completed at One Crystal Park, 2011 Crystal Drive, Suite 903, Arlington, Virginia 22202.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-04-06
Date

[signature]
Signature of Server

____________
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Ellen Sheally, et. al., Plaintiff(s)
vs.
SAAB AB, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 079389-0002

# AFFIDAVIT OF SERVICE -- Corporate

THOMAS A TARRO III, ESQ.
Mr. Anthony S. Buglio
The Summit East, Suite 330
300 Centerville Rd.
Warwick, RI 02886

Service of Process on:
--SAAB AB
Court Case No. 06-375ML

State of: District of Columbia) ss.
County of: Washington )

**Name of Server:** Michael R. Reeder, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3rd day of October, 20 06, at 1:01 o'clock P M

**Place of Service:** at One Crystal Park, 2011 Crystal Dr., Ste. 903, in Arlington, VA 22202

**Documents Served:** the undersigned served the documents described as:
Original Summons and Amended Complaint

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
SAAB AB

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Wes Walters, President

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color white; Hair Color black; Facial Hair none
Approx. Age 45; Approx. Height 5'9"; Approx. Weight 175

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 4th day of October, 2006

Notary Public (Commission Expires)

APS International, Ltd.

Nicole G. Davis
Notary Public, District of Columbia
My Commission Expires 01-14-2009