AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Ellen Sheally

V.

Colgan Air, Inc., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-375ML

TO: (Name and address of Defendant)

SAAB Aircraft of America LLC
Corporate Creations Network, Inc. (Registered Agent)
800 Seahawk Circle #105
Virginia Beach, VA 23452

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Tarro, III, Esquire
The Law Firm of Thomas A. Tarro III
300 Centerville Road
Summit East, Suite #330
Warwick, Rhode Island 02886

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10/2/06

Doreen Baldinelli

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 3 October 2006 |
|---|---|
| NAME OF SERVER *(PRINT)* James A McKane III | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: Corporate Creations Network Inc, 800 Seahawk Cir. 105, Virginia Beach VA 23452

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3 October 2006 (Date) James A. McKane III (Signature of Server)

1600 E. Little Creek Rd. Suite 201
Norfolk, VA 23518
Address of Server

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2006 OCT 11 A 10:38
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.