UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELLEN SHEALLY,<br>Plaintiff,<br><br>Vs.<br><br>COLGAN AIR, INC. and<br>US AIRWAYS, INC.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO.: 06 375ML |

**DEFENDANT, COLGAN AIR, INC.'S ANSWER TO**
**PLAINTIFF, ELLEN SHEALLY'S AMENDED COMPLAINT**

1. This allegation calls for a legal conclusion, thus no response is required. To the extent a response is otherwise required, denied.

2. The Defendant, Colgan Air, Inc. ("Colgan") is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Plaintiff's Complaint.

3. Colgan admits the allegations contained in paragraph 3 of the Plaintiff's Complaint.

4. Colgan is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Plaintiff's Complaint.

5. Colgan is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Plaintiff's Complaint.

6. Colgan is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Plaintiff's Complaint.

7. Colgan admits the allegations contained in paragraph 7 of the Plaintiff's Complaint as to the Defendant, Colgan, and is without knowledge or information sufficient to form a belief as to the remaining defendants.

8. Colgan denies the allegations contained in paragraph 8 of the Plaintiff's Complaint.

9. Colgan denies the allegations contained in paragraph 9 of the Plaintiff's Complaint.

10. This allegation calls for a legal conclusion, thus no response is required. To the extent a response is otherwise required, denied.

11. This allegation calls for a legal conclusion, thus no response is required. To the extent a response is otherwise required, denied.

12. This allegation calls for a legal conclusion, thus no response is required. To the extent a response is otherwise required, denied.

13. This allegation calls for a legal conclusion, thus no response is required. To the extent a response is otherwise required, denied.

14. This allegation calls for a legal conclusion, thus no response is required. To the extent a response is otherwise required, denied.

15. Colgan denies the allegations contained in paragraph 15 of the Plaintiff's Complaint.

16. Colgan denies the allegations contained in paragraph 16 of the Plaintiff's Complaint.

**COUNT II**
**PRODUCT DEFECT**

17-19. This count is not directed at this defendant, thus no response is required.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's claims against Colgan Air, Inc. must fail because Plaintiff's damages were not proximately or actually caused by any acts or omissions of Colgan Air, Inc.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's claims against Colgan Air, Inc. must fail because under third parties and/or conditions outside the control of Colgan Air, Inc. caused Plaintiff's damages.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff's claims against Colgan Air, Inc. fail because of Plaintiff's assumption of the risk and/or comparative negligence.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's claims against Colgan Air, Inc. must fail in whole or in part due to Plaintiff's failure to mitigate her damages.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims against Colgan Air, Inc. are barred by the doctrine of waiver and/or estoppel.

**SIXTH AFFIRMATIVE DEFENSE**

Colgan Air, Inc. reserves the right to assert additional affirmative defenses up until the time of trial.

WHEREFORE, Defendant, Colgan Air, Inc. requests that all counts against it be dismissed and that it be awarded fees and costs.

The Defendant,
COLGAN AIR, INC.
By its Attorney,

/s/ Patrick B. Landers

Patrick B. Landers, R.I. Bar No. 4930
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street, 5th Floor
Boston, MA 02110
(617) 422-5300

Dated: October 17, 2006

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 17th day of October, 2006 and is available for viewing and downloading to the ECF registered counsel of record.

/s/ Patrick B. Landers
Patrick B. Landers