UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELLEN SHEALLY<br>Plaintiff<br><br>vs.<br><br>COLGAN AIR, INC., US AIRWAYS, INC.<br>SAAB AB, SAAB AIRCRAFT AB, and SAAB<br>AIRCRAFT OF AMERICA, LLC<br>Defendants | : | C.A. No. 06-375ML |

**ANSWER OF DEFENDANTS SAAB AB, SAAB AIRCRAFT AB AND SAAB AIRCRAFT OF AMERICA, LLC**

1. Defendants Saab Aircraft AB and Saab AB admit that they are foreign corporations organized under the laws of Sweden. Defendant Saab Aircraft of America, LLC admits that Saab Aerotech of America LLC is a limited liability company organized under the laws of Delaware. As to citizenship of the other defendants, the Saab defendants have insufficient information to admit or deny the allegations. With respect to the allegations related to jurisdiction, the claims assert a legal conclusion to which no response is required.

2. The Saab defendants have insufficient information to admit or deny the allegations contained in paragraph 2.

3. The Saab defendants have insufficient information to admit or deny the allegations contained in paragraph 3.

4. The Saab defendants have insufficient information to admit or deny the allegations contained in paragraph 4.

5. The Saab defendants admit that Saab AB is an airplane manufacturer with its principal place of business in Sweden. The Saab defendants deny the remaining allegations contained in paragraph 5 of the complaint.

6. The Saab defendants deny the allegations contained in paragraph 6.

7. The Saab defendants have insufficient information to admit or deny the allegations contained in paragraph 7. Further answering, Saab defendants deny that they operated the reference flight.

8. The Saab defendants have insufficient information to admit or deny the allegations contained in paragraph 8.

9. The Saab defendants deny the allegations contained in paragraph 9.

10. Paragraph 10 states a legal conclusion to which no response is required. To the extent a response is required, denied.

11. Paragraph 11 states a legal conclusion to which no response is required. To the extent a response is required, denied.

12. Paragraph 12 states a legal conclusion to which no response is required. To the extent a response is required, denied.

13. Paragraph 13 states a legal conclusion to which no response is required. To the extent a response is required, denied.

14. Paragraph 14 states a legal conclusion to which no response is required. To the extent a response is required, denied.

15. The Saab defendants deny the allegations contained in paragraph 15.

16. The Saab defendants deny the allegations contained in paragraph 16.

17. The Saab defendants incorporate by reference its responses asserted in paragraphs 1-16.

18. The Saab defendants deny the allegations contained in paragraph 18.

19. The Saab defendants deny the allegations contained in paragraph 19.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims fail for her failure to effectuate proper service.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims fail for lack of personal jurisdiction.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which belief may be granted.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by the doctrines of comparative negligence and assumption of the risk.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims must fail in whole or in part due to the plaintiff's failure to mitigate damages.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims fail due to improper venue.

WHEREFORE, defendants pray that judgment enter in their favor and that they be awarded costs, interest and fees.

Respectfully submitted,

SAAB AB, SAAB AIRCRAFT AB, SAAB AIRCRAFT OF AMERICA, LLC
By their attorneys,

/s/ William E. O'Gara
William E. O'Gara, Esq. (#4257)
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
(401) 824-5100 (telephone)
(401) 824-5123 (facsimile)

## CERTIFICATION

The undersigned hereby certifies that this document has been filed electronically on this 23rd day of October, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

Armando E. Batastini, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
abatastini@eapdlaw.com

Thomas A. Tarro, III, Esq.
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
Ttarro3rd@tarrolawfirm.com

Patrick B. Landers, Esq.
Wilson, Else, Moskowitz, Edelman & Dicker, LLP
155 Federal Street, 5th Floor
Boston, MA 02110
Patrick.landers@wilsonelser.com

/s/ William E. O'Gara