**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELLEN SHEALLY,<br>Plaintiff,<br><br>vs.<br><br>COLGAN AIR, INC. and<br>US AIRWAYS, INC.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO.: 06 375ML |

**UNOPPOSED MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Defendant, Colgan Air, Inc., hereby moves that Carey L. Bertrand be admitted *pro hac vice* as associate trial counsel with local associate counsel identified below. The parties have no objection to this motion.

Attached is the certificate for *pro hac vice* admission for attorney Bertrand.

Respectfully submitted,

/s/ Patrick B. Landers

Patrick B. Landers #4930
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110

**CERTIFICATE OF SERVICE**

I, Patrick Landers, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on November 14, 2006.

/s/ Patrick B. Landers