UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELLEN SHEALLY, Plaintiff | : | |
| | : | |
| VS. | : | C.A. NO.: 06-375ML |
| | : | |
| COLGAN AIR, INC., | : | |
| US AIRWAYS, INC., SAAB AB, | : | |
| SAAB AIRCRAFT AB, and SAAB | : | |
| AIRCRAFT OF AMERICA, LLC | : | |
| Defendants | : | |

**PLAINTIFF'S PRE-TRIAL CONFERENCE STATEMENT**

NOW comes your Plaintiff, Ellen Sheally, pursuant to this Court's Amended Notice dated October 30, 2006, and files her Pre-Trial Conference Statement as follows:

**Statements of Facts**:

On October 5, 2003, the Plaintiff, Ellen Sheally, was a passenger on U.S. Air Flight No. 0510 from New York to Providence Greene Airport. The Plane was manufactured by the one or all of the Defendants SAAB AB, SAAB AIRCRAFT AB, and SAAB AIRCRAFT OF AMERICA, LLC. Defendant US Airway was the owner of the plane. Flight No. 0510 was operated by the Defendant COLGAN AIR, INC.

The flight landed at T.F. Greene at approximately 9:45 p.m. The Plane taxied to the front of the terminal where commuter flights parked.

After substantial time had passed, the flight personnel instructed the passengers to disembark the plane, via stairs to the airport tarmac. Below is a photograph of the airplane and shows the stairs used by passengers to disembark.




When Ellen Sheally disembarked Flight No. 0510 it was dark. The plane was parked in an area which was not well illuminated. The stairway was not illuminated by any aircraft lights.

At the top of the stair was a metal lip as illustrated in the photograph which was not marked or illuminated. Plaintiff's shoe caught on this lip which constituted a trip hazard causing her to fall face first down the stairs landing on the tarmac.



Neither flight personnel nor ground personnel assisted the passengers while they disembarked. Plaintiff's injuries were of a serious nature.

She was first treated by attendants dispatched from the Warwick Fire Department. A two-inch deep laceration was noted above her chin, with complaints of pain to her neck, pain in her left hand, wrist, minor cuts to her right hand, abrasions to her right shin and left knee. The Plaintiff was covered in blood from her chin laceration and had vomited as a result of her facial impact with the runway. She was provided a cervical collar, backboarded and transported via ambulance to the Kent County Memorial Hospital where she was treated and discharged. She received 12

stitches to her chin, prescriptions for Percocet and Vicoden and given a referral to her dentist and for follow up, as needed.

Subsequently, the Plaintiff treated for muscular and soft tissue injuries with Dr. Michael Belanger, an orthopedic physician at Memorial Hospital of Rhode Island, and Dr Michael Olin, a neurosurgeon for several months. She also underwent a course of physical therapy treatment from October 23, 2003 through November 19, 2003.

While undergoing physical therapy, the Plaintiff was seen by Dr. Thomas DellaTorre an ENT specialist for TMJ syndrome.

**Damages.**

At the time of the incident on October 5, 2003, the Plaintiff was an employee of Progressive Insurance Company. She missed 264 hours of work during the period of time from October 6, 2003 through November 20, 2003 for total lost wages in the amount of $6,695.15. In addition, the Plaintiff also lost earnings in the form of Gain-Share payment, which she would have received from her employer in the amount of $1,606.83. The total claim for lost wages as a result of the incident is in the amount of $8,301.98.

The Plaintiff also incurred medical expenses and costs in the total amount of $5,437.90.

2. **Pending Legal Issues.** Plaintiff is aware of no legal issues which may arise in this matter at the present time.

Plaintiff

By and through his Attorney,

/s/ Thomas A. Tarro, III, Esq.
Thomas A. Tarro, III, Esq., #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 (facsimile)

**CERTIFICATION**

I, the undersigned, hereby certify that this document was filed electronically on this 20th day of November, 2006, and is available for viewing and downloading to the ECF registered counsel of record.

/s/ Thomas A. Tarro, III, Esq.