UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELLEN SHEALLY,<br><br>Plaintiff,<br><br>v.<br><br>COLGAN AIR, INC.,<br>US AIRWAYS, INC., SAAB AB,<br>SAAB AIRCRAFT AB, and SAAB<br>AIRCRAFT OF AMERICA, LLC,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-375ML |

**DEFENDANT US AIRWAYS, INC'S**
**PRETRIAL CONFERENCE STATEMENT**

Defendant US Airways, Inc. ("US Airways") submits the following pretrial conference statement in accordance with this Court's Pretrial Order.

This case involves alleged injuries that Plaintiff Ellen Sheally ("Sheally") suffered while disembarking a co-defendant Colgan Air, Inc. ("Colgan") flight at T.F. Green Airport. Colgan operates certain "US Airways Express" flights as an independent contractor of US Airways, including the flight on which Sheally was a passenger. As a result, the crew of the subject aircraft were Colgan employees, and Colgan was solely responsible for the conditions at the time of disembarkation. US Airways consequently has no knowledge (other than what has been alleged in this litigation) regarding the facts and circumstances surrounding Sheally's alleged injuries.

Sheally also alleges that US Airways owned the airplane that Colgan was operating. US Airways is investigating its interest, if any, in the subject airplane.

As part of the US Airways-Colgan service agreement, Colgan agreed to indemnify and hold harmless US Airways for any injuries suffered on "US Airways Express" flights

that Colgan operated. Therefore, Colgan is responsible for any of US Airways' potential liability.

The legal issues implicated by this controversy include: (1) whether US Airways can be held liable for Sheally's alleged injuries suffered on a flight operated by an independent contractor of US Airways; and, (2) whether US Airways can be held liable for Sheally's alleged injuries because of its alleged ownership of the subject aircraft.

US AIRWAYS, INC.

By its Attorneys,

/s/ Armando E. Batastini
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
abatastini@eapdlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document has been filed electronically on this 21st day of November, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

Thomas A. Tarro, III, Esq.
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
ttarro3rd@tarrolawfirm.com

Patrick B. Landers, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street, 5th Floor
Boston, MA 02110
patrick.landers@wilsonelser.com

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
wogara@pld-law.com

/s/ Armando E. Batastini
Armando E. Batastini