**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELLEN SHEALLY,<br>Plaintiff,<br><br>vs.<br><br>COLGAN AIR, INC. and<br>US AIRWAYS, INC.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO.: 06 375ML |

**NOTICE OF APPEARANCE OF**
**PATRICK LANDERS AND CAREY BERTRAND**
**FOR US AIRWAYS, INC.**

Pursuant to L.R. Gen. 206, please enter the appearances of Patrick Landers (#4930) and Carey Bertrand (who is already admitted in this matter *pro hac vice*) of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 155 Federal Street, Boston, Massachusetts as counsel for the defendant, US Airways, Inc.

Respectfully submitted,

/s/ Patrick B. Landers
Patrick B. Landers #4930
Carey L. Bertrand, *pro hac vice*
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110

**CERTIFICATE OF SERVICE**

I, Patrick Landers, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on December 14, 2006.

/s/ Patrick Landers