UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELLEN SHEALLY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-375ML |
| | : | |
| COLGAN AIR, INC.,<br>US AIRWAYS, INC., SAAB AB,<br>SAAB AIRCRAFT AB, and SAAB<br>AIRCRAFT OF AMERICA, LLC, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

I, Armando E. Batastini, hereby withdraw my appearance on behalf of Defendant US Airways, Inc. in the above-referenced matter.

US AIRWAYS, INC.

By its Attorneys,

/s/ Armando E. Batastini

Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
abatastini@eapdlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document has been filed electronically on this 20th day of December, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

Thomas A. Tarro, III, Esq.
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
ttarro3rd@tarrolawfirm.com

Patrick B. Landers, Esq.
Carey L. Bertrand, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street, 5th Floor
Boston, MA 02110
patrick.landers@wilsonelser.com
carey.bertrand@wilsonelser.com

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
wogara@pld-law.com

/s/ Armando E. Batastini
Armando E. Batastini