UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELLEN SHEALLY, Plaintiff | ) | |
| Vs. | ) | C.A. NO. 06-375ML |
| COLGAN AIR, INC., US AIRWAYS, INC., SAAB AB, SAAB AIRCRAFT AB, and SAAB AIRCRAFT OF AMERICA, LLC, Defendants | ) | |

**DEFENDANT'S, COLGAN AIR, INC., NOTICE OF TAKING DEPOSITION OF PLAINTIFF, ELLEN SHEALLY**

DEPONENT: Ellen Sheally

DATE: January 19, 2007

TIME: 1:00 P.M.

Greetings:

YOU ARE HEREBY COMMANDED in the name of the State of Rhode Island, in accordance with the provisions of Rules 26, 28, and 30 of the Rhode Island Rules of Civil Procedure, to appear and testify on behalf of the defendant, Colgan Air, Inc., before a notary public, on **Friday, January 19, 2007 at 1:00 P.M.** at the offices of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 155 Federal Street, Boston, MA 02110, and to testify as to your knowledge, at the taking of the deposition in the above-entitled action. The

oral examination will continue from day to day until completed.

The defendant,
COLGAN AIR, INC.,
By its attorneys,

Patrick B. Landers #4930
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617)422-5300
January 4, 2007

**CERTIFICATE OF SERVICE**

I, Patrick B. Landers, hereby certify that I have this day forwarded a copy of the foregoing Notice of Taking Deposition of Plaintiff, Ellen Sheally, by e-mail, to all counsel of record as follows: Thomas A. Tarro, III, Esquire, Ttarro3rd@tarrolawfirm.com; Armando E. Batastini, Esquire, abatastini@eapdlaw.com; and William E. O'Gara, Esquire, wogara@pld-law.com. Copies of said Notice were also forwarded to counsel of record by first class mail, postage prepaid.

Patrick B. Landers #4930
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
January 4, 2007