UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELLEN SHEALLY, Plaintiff | : | |
| | : | |
| VS. | : | C.A. NO.: 06-375ML |
| | : | |
| COLGAN AIR, INC., | : | |
| US AIRWAYS, INC., SAAB AB, | : | |
| SAAB AIRCRAFT AB, and SAAB | : | |
| AIRCRAFT OF AMERICA, LLC | : | |
| Defendants | : | |

**STIPULATION**

The undersigned parties hereby stipulate and agree that Defendants U.S. Airways and Colgan Air, Inc. shall have up to and including February 28, 2007 to respond to Plaintiff's Interrogatories and Document Request in the above-entitled matter.

Plaintiff,
By and through her attorney

/s/ Thomas A. Tarro, III, Esq.
Thomas A. Tarro, III, Esq. #2046
The Law Firm of Thomas A. Tarro, III
300 Centerville Road
Summit East – Suite 330
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362

Defendant,
By and through its attorney,

/s/ Patrick B. Landers, Esq.
Patrick B. Landers, Esq. #4930
Wilson, Elser
155 Federal Street, 5th Floor
Boston, MA 02110
(617) 422-5300

**CERTIFICATION**

I, the undersigned, hereby certify that this document was filed electronically on this 29th day of January, 2007, and is available for viewing and downloading to the ECF registered counsel of record.

/s/ Thomas A. Tarro, III, Esq.