**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELLEN SHEALLY,<br>Plaintiff,<br><br>vs.<br><br>COLGAN AIR, INC.,<br>US AIRWAYS, INC., SAAB AB,<br>SAAB AIRCRAFT AB, and SAAB<br>AIRCRAFT of AMERICA, LLC<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO.: 06 375ML |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that this matter be dismissed with prejudice and without costs, waiving all rights of appeal.

The Plaintiff,
ELLEN SHEALLY,
By her attorney,

/s/ Thomas A. Tarro, III
Thomas A. Tarro, III (#2046)
The Law Firm of Thomas A. Tarro, III
The Summit East, Suite 330
300 Centerville Rd.
Warwick, RI 02886
(401) 737-7200

The Defendant,
COLGAN AIRWAYS, INC. and
US AIRWAYS, INC.
By Its Attorney,

/s/ Patrick B. Landers
Patrick B. Landers, (#4930)
Wilson, Elser, Moskowitz, Edelman &
Dicker, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

The Defendants,
SAAB AB, SAAB AIRCRAFT AB,
SAAB AIRCRAFT of AMERICA, LLC.,
By its attorney,

/s/ William E. O'Gara
William E. O'Gara, (#4257)
Pannone, Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
(401) 824-5100